## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **JIMMY SCOTT ELKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:12CV00002 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **DEPUTY GARDNER,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that this action brought pursuant to 42 U.S.C.A. § 1983, is summarily

DISMISSED without prejudice, pursuant to 28 U.S.C.A. § 1915A(b)(1), and the

action is stricken from the active docket.

ENTER:  March 26, 2012

/s/  James P. Jones
United States District Judge